975 F.2d 1550
 Kursman (Jerome I.), for Kursman (Scott), La Greca
(Richard), Lundy (Marvin), Manchel (Donald), Wagman (George,
Sr., Jr.), Knies (Robert), Stradling (Albert), Baker (Ben),
Trustee of Gales Mach. & Tool Co. Pension Fund, Phillips
(Edna), Mariano (Joseph), Mariano Welding Corp. Pens. Plan,
Goldstein (Mark), Preli (Olindo), Olindo J. Preli, M.D.
Pens. Trust, Samuel (H. Mark), Kelsey (David), Mc Kinney,
Kohler, Kelsey Pens. Plan, Popowich (Leonard), Leonard
Popowich Pens. Trust,
 NO. 92-1087
 United States Court of Appeals,
Third Circuit.
 Aug 10, 1992
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.